518 A.2d 807

**Anthony T. REBO, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Dec. 19, 1986.

### ORDER OF COURT

PER CURIAM.

AND NOW, this 19th day of December, 1986, the petition for allowance of appeal from the order of the Commonwealth Court is granted.

The parties are further directed to brief, and be prepared to orally argue, the effect in this case, if any, of this Court's recent decision in *Cugini v. Commonwealth Unemployment Compensation Board of Review*, 511 Pa. 264, 512 A.2d 1169 (1986).

Petition for Stay denied as moot. Motion for Remand is denied.